1 ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
2 199 Figueroa Street, 3rd Floor
Ventura, California 93001
3 Telephone: (805) 653-7937
Facsimile: (805) 653-7225
4 E-mail: andrewtkoenig@hotmail.com

5 Attorney for Plaintiff Michelle Proctor

6

7

8                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9                          WESTERN DIVISION

10

| | | |
|---|---|---|
| MICHELLE PROCTOR, | ) | CASE NO. CV-14-7437-PLA |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | AWARDING ATTORNEY'S |
| v. | ) | FEES AND COSTS PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| CAROLYN W. COLVIN, | ) | § 2412(d) |
| ACTING COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17

// 

18

//

19

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

21

Justice Act in the amount of THREE-THOUSAND FOUR-HUNDRED FIFTY-

22

NINE DOLLARS and NINE CENTS ($3,459.09), as authorized by 28 U.S.C. §

23

2412(d), subject to the terms of the Stipulation.

24

        Dated: May 14, 2015

25

        _____

26

        Paul L. Abrams
        UNITED STATES MAGISTRATE JUDGE

27

28

                                    1